PROB 12B
(NYEP-11/25/02)

# United States District Court
## for the
## Eastern District of New York

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Courtesy Copy**

*FILED* [stamp: 2005 OCT 27 P 3:16]

Name of Offender: **Paulina Lajara**  Case Number **CR-99-455**

Name of Sentencing Judicial Officer: **Honorable Allyne R. Ross, U.S. District Judge**

Date of Original Sentence: **January 21, 2000**

Original Offense: **Conspiracy to Import Cocaine, in violation of 21 U.S.C. § 963, a class C felony**

Original Sentence: **Thirty-seven months custody; three years supervised release; $100 SAF**

Special Condition: **The defendant shall participate in a mental health program and substance abuse treatment.**

Type of Supervision: **Supervised Release**    Date Supervision Commenced: **October 30, 2002**

===============================================================================

## PETITIONING THE COURT

☒  To extend the term of supervision for <u>One</u> years, for a total term of <u>Four</u> years.

☐  To modify the conditions of supervision as follows:

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Prob 12B / Page 2

## CAUSE

The releasee has been supervised by the Southern District of New York since the onset of supervision, due to her residence in the Bronx, New York. On May 10, 2004, Your Honor modified the releasee's conditions to include mental health treatment, as the releasee was experiencing episodes of depression, and was romantically involved with an offender with whom she was instructed to stay away from.

Thereafter, the releasee tested positive for marijuana on March 19, 2004, March 25, 2005, and April 29, 2005. Consequently, the releasee's conditions were again modified on June 16, 2005, to include substance abuse treatment. She commenced drug treatment on May 31, 2005, however, she recently tested positive for cocaine on September 20, 2005 and September 27, 2005.

It is noted that the releasee is scheduled to terminate from supervision on October 30, 2005. On behalf of the Probation Department for the Southern District of New York, we respectfully request that the releasee's supervision term be extended for one year, to afford her the opportunity to continue drug treatment and enhance her chances of rehabilitation.

The releasee has agreed to continue substance abuse treatment, and has voluntarily signed Prob 49, in this regard.

Respectfully submitted by,

Yara Suarez
U.S. Probation Officer

Approved by,

for AMS

Arthur M. Swasey
Supervising U.S. Probation Officer
Date:

## THE COURT ORDERS:

[✓] The Extension of Supervision as Noted Above
[ ] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

10/27/05
Date

Signed by J. Ross

10/27/05

PROB 49

Waiver of Hearing
to Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the proposed extension of my term of supervision:

To extend my term of supervised release for one (1) year.

Witness: _____  Signed: _____
U.S. Probation Officer                      Probationer or Supervised Releasee

10-05-05
DATE